## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lofton, Victoria

Printed: 01/22/09

Case Number:  04 B 21426
Judge:  Squires, John H
Filed:  6/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  December 24, 2008
Confirmed:  August 4, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 16,307.27 | |
| Secured: | | 10,905.68 |
| Unsecured: | | 1,314.25 |
| Priority: | | 0.00 |
| Administrative: | | 3,080.20 |
| Trustee Fee: | | 871.52 |
| Other Funds: | | 135.62 |
| Totals: | 16,307.27 | 16,307.27 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,080.20 | 3,080.20 |
| 2. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Secured | 10,905.68 | 10,905.68 |
| 4. | Premier Bankcard | Unsecured | 65.85 | 65.85 |
| 5. | Triad Financial Services | Unsecured | 865.72 | 865.72 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 82.00 | 82.00 |
| 7. | Resurgent Capital Services | Unsecured | 105.68 | 105.68 |
| 8. | Pay Day Advance Cash To Go | Unsecured | 12.50 | 12.50 |
| 9. | Capital One | Unsecured | 88.93 | 88.93 |
| 10. | City of Evanston | Unsecured | 18.00 | 18.00 |
| 11. | Capital One | Unsecured | 23.97 | 23.97 |
| 12. | Arrow Financial Services | Unsecured | 18.31 | 18.31 |
| 13. | Premier Bankcard | Unsecured | 33.29 | 33.29 |
| 14. | Drive Financial Services | Secured | | No Claim Filed |
| 15. | American Family Insurance | Unsecured | | No Claim Filed |
| 16. | Drive Financial Services | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Encore | Unsecured | | No Claim Filed |
| 19. | Gerald E Moore & Asscoiates, PC | Unsecured | | No Claim Filed |
| 20. | First Bank & Trust Of Evanston | Unsecured | | No Claim Filed |
| 21. | IQ Tel | Unsecured | | No Claim Filed |
| 22. | Bonifacic, Frank M | Unsecured | | No Claim Filed |
| 23. | National Asset Management | Unsecured | | No Claim Filed |
| 24. | Insurance Solution Group | Unsecured | | No Claim Filed |
| 25. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 26. | Risk Management Alternatives | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lofton, Victoria

Printed: 01/22/09

Case Number:  04 B 21426
Judge:  Squires, John H
Filed:  6/3/04

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Triad Financial Services | Unsecured | | No Claim Filed |
| 28. | Talk America | Unsecured | | No Claim Filed |
| | | | $ 15,300.13 | $ 15,300.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 173.09 |
| 4% | 33.36 |
| 3% | 41.34 |
| 5.5% | 148.39 |
| 5% | 45.18 |
| 4.8% | 86.75 |
| 5.4% | 309.82 |
| 6.6% | 33.59 |
| | $ 871.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

